# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL LIECHTI, )<br>  )<br>  Plaintiff )<br>vs. )<br>  )<br>PE BEN USA, INC. )<br>  Defendant. ) | Case No. CIV-11-0025-HE |

## ORDER

The court held a hearing this date on plaintiff's motion for extension of the discovery deadline by thirty days and defendant's motion for summary judgment. For the reasons stated at the hearing, plaintiff's motion to extend the discovery deadline [Doc. #70] is **DENIED** and defendant Pe Ben USA, Inc.'s motion for summary judgment [Doc. #58] is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 12th day of September, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE